PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Cherie L. Hess                                    Docket No. 5:17-MJ-1440-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting an official report upon the conduct of defendant, Cherie L. Hess, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 23rd day of August, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 31, 2017, the defendant submitted a urine sample which tested positive for Oxycodone and Oxymorphone. The defendant admitted to taking prescription medication not prescribed to her in an effort to self-medicate.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of pre-trial release be modified to include mental health conditions.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lee Holmes
Lee Holmes
Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2568
Executed On: October 05, 2017

### ORDER OF THE COURT

Considered and ordered the 10 day of October, 2017, and ordered filed and made part of the records in the above case.

James E. Gates
U.S. Magistrate Judge